**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
ABU BAKKER QUASSIM, et al.,      :
                                 :
        Petitioners,             :
                                 :
    v.                           :   Civil Action No. 05-0497 (JR)
                                 :
GEORGE W. BUSH, et al.,          :
                                 :
        Respondents.             :
```

**ORDER**

Respondents' motion for a stay [2] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. Petitioners' motions for a preliminary injunction [4] and for a hearing on that motion [13] are **denied**; their motion for leave to file surreply [9] is **granted**; and their motion for protective order [5] is **in abeyance**. The status conference set for May 16, 2005 at 11:30 a.m. has been taken off the calendar.
**IT IS SO ORDERED.**


                                        JAMES ROBERTSON
                                    United States District Judge