UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU BAKKER QUASSIM, *et al.*,　　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　　　　　Petitioners,　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　v.　　　　　　　　　　　　　　　　　：　Civil Action No. 05-0497 (JR)
　　　　　　　　　　　　　　　　　　　　：
GEORGE W. BUSH, *et al.*,　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　　　　　Respondents.　　　　　　　　：

**ORDER**

Absent objection from any party, the following orders in *In re Guantanamo Bay Detainee Cases* shall be fully applicable in this case as if entered herein: Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004; and Order Addressing Designation Procedures for "Protected Information", issued November 10, 2004.

No order to show cause was issued in this case because petitioner did not move for it.  To amend the earlier order now -- making it a show cause order followed by a stay -- would elevate form over substance.  Petitioners' motion to "conform"

the ruling in this case to those in other cases [15] is thus **denied.**

                                        JAMES ROBERTSON
                                   United States District Judge