## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,

 Detainees,
 Guantánamo Bay Naval Station,
 Guantánamo Bay, Cuba;

  Petitioners/Plaintiffs,

  v.

GEORGE W. BUSH, et al.,

  Respondents/Defendants.

Civil Action No. 05-0497 (JR)

**PETITIONERS' NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING (EX. B TO NOV. 8, 2004 PROTECTIVE ORDER)**

Petitioners Qassim and Al-Hakim are represented in this matter by Bingham McCutchen LLP and the Center for Constitutional Rights. On May 5, 2005 the Court adopted the November 8, 2004 Protective Order, as amended, entered by Judge Green in *In re Guantánamo Bay Detainee Cases*. In compliance with the Protective Order, P. Sabin Willett, Neil McGaraghan, Susan Baker Manning, and Jerry L. McBride, have executed the Memorandum of Understanding Regarding Access to Classified National Security Information (Exhibit B to the Protective Order). *See* Exhibit A hereto.

Dated: May 18, 2005

ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,

By their attorneys

/s/
P. Sabin Willett
Neil McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8925

/s/
Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

/s/
Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439