IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-497 (JR) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Brice Gyurisko, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order dated April 13, 2005, that prohibits the transfer or release of petitioners from Guantanamo Bay Naval Base (dkt. no. 14).

Dated: June 9, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DAVID B. SALMONS
Assistant to the Solicitor General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Nicholas J. Patterson

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4523
Fax: (202) 616-8470

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I hereby certify that on this 9TH day of June, 2005, I caused the foregoing Notice of Appeal to be served on the counsel listed below by electronic mail and first-class United States mail:

        P. Sabin Willett
        Bingham McCutchen LLP
        150 Federal Street
        Boston, MA 02110-1726
        pswillett@bingham.com

        Susan Baker Manning
        Bingham McCutchen LLP
        1120 20th Street NW, Suite 800
        Washington, DC 20036
        susan.manning@bingham.com

*/s/ Nicholas J. Patterson*