UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-0497 (JR)

**NOTICE OF CROSS-APPEAL**

Pursuant to Fed. Rr. App. P. 3 and 4(a)(3), Petitioners Abu Bakker Qassim and Adel Abd' Al-Hakim hereby notice their cross-appeal to the United States Court of Appeals for the District of Columbia Circuit of so much of the Court's order dated April 13, 2005 [Docket No. 14] as grants a stay of pretrial proceedings in these *habeas corpus* proceedings. The portion of the order appealed from violates the mandate of the Supreme Court of the United States in *Rasul v. Bush*, 542 U.S. __, 124 S. Ct. 2686, 2698-99 (2004), that the district courts "consider in the

first instance the merits" of the allegations raised by Petitioners, who are illegally held at Guantanamo Bay, Cuba.

Dated: June 14, 2005

_____
Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8925

Susan Baker Manning
**BINGHAM McCUTCHEN LLP**
1120 20th Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439