# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In re

ABU BAKKER QASSIM, and
ADEL ABD' AL-HAKIM

       Petitioners/Plaintiffs,

v.

GEORGE W. BUSH
    President of the United States
    The White House
    1600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20500;

DONALD RUMSFELD
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301-1000;

ARMY BRIG. GEN. JAY HOOD,
    Commander, Joint Task Force - GTMO
    JTF-GTMO
    APO AE 09360; and

ARMY COL. BRICE GYURISKO,
    Commander, Joint Detention
    Operations Group, JTF - GTMO
    JTF-GTMO
    APO AE 09360

       Respondents/Defendants.

File No. 05-CIV-0497

**NOTICE OF FILING PETITION FOR MANDAMUS**

Pursuant to the All Writs Act, 28 U.S.C. §1651(a), Federal Rule of Appellate Procedure 21, and D.C. Cir. Rule 21, notice is hereby given that Petitioners Abu Bakker Qassim and Adel Abd' Al-Hakim filed the attached petition for mandamus with the United States Court of Appeals for the District of Columbia Circuit on the 17th day of June, 2005.

COUNSEL FOR PETITIONERS

_____
Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8925

Susan Baker Manning
**BINGHAM MCCUTCHEN LLP**
1120 20th Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 778 6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6439