# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURAT KURNAZ, et al.,<br>　　　　Petitioners,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-1135 (ESH) |
| O.K., et al.,<br>　　　　Petitioners,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-1136 (JDB) |
| JAMIL EL-BANNA, et al.,<br>　　　　Petitioners,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-1144 (RWR) |
| SUHAIL ABU ANAM, et al.,<br>　　　　Petitioners,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-1194 (HHK) |
| ISA ALI ABDULLAH ALMURBATI, et al.,<br>　　　　Petitioners,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-1227 (RBW) |
| MAHMOAD ABDAH, et al.,<br>　　　　Petitioners,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-1254 (HHK) |
| SAIFULLAH PARACHA,<br>　　　　Petitioner,<br>　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 04-2022 (PLF) |

| | |
|---|---|
| JARALLAH AL-MARRI, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 04-2035 (GK) |
| OMAR DEGHAYES, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 04-2215 (RMC) |
| HANI SALEH RASHID ABDULLAH, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-0023 (RWR) |
| MAHMOAD SALIM AL-MOHAMMED, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-0247 (HHK) |
| SHERIF el-MASHAD, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-0270 (JR) |
| MUHAMMAD AL-ADAHI, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-0280 (GK) |
| MAJID ABDULLA AL JOUDI, et al.,<br>    Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-0301 (GK) |

| | |
|---|---|
| AHMED ABDULLAH AL-WAZAN, et al., <br>   Petitioners, <br>  v. <br> GEORGE W. BUSH, et al., <br>   Respondents. | Civil Action No. 05-0329 (PLF) |
| ABDULLA THANI FARIS AL-ANAZI, et al., <br>   Petitioners, <br>  v. <br> GEORGE W. BUSH, et al., <br>   Respondents. | Civil Action No. 05-0345 (JDB) |
| RAFIQ BIN BASHIR BIN JALLUL ALHAMI, et al., <br>   Petitioners, <br>  v. <br> GEORGE W. BUSH, et al., <br>   Respondents. | Civil Action No. 05-0359 (GK) |
| JAMEL AMEZIANE, et al., <br>   Petitioners, <br>  v. <br> GEORGE W. BUSH, et al., <br>   Respondents. | Civil Action No. 05-0392 (ESH) |
| AYMEN SAEED BATARFI, et al., <br>   Petitioners, <br>  v. <br> GEORGE W. BUSH, et al., <br>   Respondents. | Civil Action No. 05-0409 (EGS) |
| RASHID ABDUL MOSLEH QAYED, et al., <br>   Petitioners, <br>  v. <br> GEORGE W. BUSH, et al., <br>   Respondents. | Civil Action No. 05-0454 (RMU) |

| | |
|---|---|
| ABDUL-SALAM GAITHAN MUREEF<br>AL-SHIHRY, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0490 (PLF) |
| AHMED ABDUL AZIZ, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0492 (JR) |
| ABU BAKKER QASSIM, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0497 (JR) |
| SALEH ABDULLA AL-OSHAN, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0520 (RMU) |
| MUHAMMED KHAN TUMANI, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0526 (RMU) |
| MAJID RADHI AL TOUME<br>AL SHAMRI, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0551 (RWR) |
| MOHAMMEDOU OULD SALAHI, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0569 (JR) |

| | |
|---|---|
| AMEUR MAMMAR, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0573 (RJL) |
| ABDULLAH IBRAHIM ABDULLAH<br>AL RASHAIDAN, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0586 (JR) |
| WAHIDOF ABDUL MOKIT, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0621 (PLF) |
| OMER SAEED SALEM AL DAINI, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0634 (JR) |
| AHMED ERRACHIDI, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0640 (EGS) |
| ELHAM BATTAYAV,<br>      Petitioner,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0714 (RBW) |
| SALIM MUHOOD ADEM, et al.,<br>      Petitioners,<br>    v.<br>GEORGE W. BUSH, et al.,<br>      Respondents. | Civil Action No. 05-0723 (RWR) |

| | |
|---|---|
| MOHSEN ABDRUB ABOASSY, et al.,<br>　　　　Petitioners,<br>　　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 05-0748 (RMC) |
| ALLADEEN, et al.,<br>　　　　Petitioners,<br>　　　v.<br>GEORGE W. BUSH, et al.,<br>　　　　Respondents. | Civil Action No. 05-0833 (ESH) |

## NOTICE OF FILING

Respondents hereby file in the above-captioned cases the attached declaration of Deputy Assistant Secretary of Defense Matthew C. Waxman dated June 2, 2005, which was originally filed recently in *Al-Hela v. Bush*, Civ. No. 05-1048 (RMU). In *Al-Hela* and each of the above-captioned cases, motions were filed seeking orders requiring respondents to provide counsel and the Court with advance notice of any transfer or repatriation of petitioners from Guantanamo Bay. In opposing those motions (some of which have been granted, some of which have been denied, and some of which remain pending), respondents filed declarations of Deputy Assistant Secretary of Defense Matthew C. Waxman dated March 8, 2005, and March 16, 2005, describing the policies and practices of the Department of Defense regarding such transfers and repatriations. The attached declaration addresses the same matters as the previous declarations but serves to update, consolidate, and supersede the previous two declarations, and was filed in the *Al-Hela* case where briefing was ongoing at that time. Because the matters addressed in the attached declaration remain pertinent to the extent respondents provide advance notice or seek other relief, where required, regarding future repatriations and transfers in the above-captioned cases, and so that all of the Judges and petitioners' counsel in the cases in which these motions

have been filed have the benefit of the most current information on these issues, respondents give notice of filing the June 2, 2005 declaration of Deputy Assistant Secretary Waxman in each of the above-captioned cases.

Dated: July 11, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DAVID B. SALMONS
Assistant to the Solicitor General

DOUGLAS N. LETTER
Terrorism Litigation Counsel


  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Rm. 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents