UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM, <br><br> Detainees, <br> Guantánamo Bay Naval Station, <br> Guantánamo Bay, Cuba; <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents/Defendants. | Case No. 05-0497 (JR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners submitted the following documents to the Court's designated Court Security Officer on July 20, 2005:

- Petitioners' Emergency Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners;

- Memorandum in Support of Petitioners' Emergency Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners;

- Declaration of Sabin Willett; and

- [Proposed] Order Granting Petitioners' Emergency Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners.

Petitioners' Emergency Motion is based on newly discovered, dispositive information. Based on this critical information, which Respondents have withheld from the Court and from counsel, Petitioners respectfully request that the Court vacate the previous stay of this action,

order that Petitioners be immediately released from their imprisonment, and that the Court hold a prompt hearing to address the practical issues raised by Petitioners' release.

Dated: July 22, 2005      /s/

        Sabin Willett
        Neil McGaraghan
        Jason S. Pinney
        Daniel Hunter Kiel
        **BINGHAM McCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        Telephone:      (617) 951-8000
        Facsimile:      (617) 951-8925

        Susan Baker Manning
        **BINGHAM McCUTCHEN LLP**
        1120 20th Street, NW, Suite 800
        Washington, DC  20036
        Telephone:      (202) 778-6150
        Facsimile:      (202) 778-6155

        Barbara Olshansky
        Deputy Director
        **CENTER FOR CONSTITUTIONAL RIGHTS**
        666 Broadway, 7th Floor
        New York, NY  10012
        Telephone:      (212) 614-6439

-2-

DCDOCS/630468.2