PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

FILED WITH
COURT SECURITY OFFICER
DATE 7/21/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,

          Petitioners/Plaintiffs,

v.

George W. Bush, *et al.*,

          Respondents/Defendants.

Civil Action No. 05 cv 0497 (JR)

### PETITIONERS' EMERGENCY MOTION TO VACATE STAY ORDER AND ISSUE WRIT DIRECTING IMMEDIATE RELEASE OF PETITIONERS
### [ORAL HEARING REQUESTED]

Petitioners Abu Bakker Qassim and A'del Abdu Al-Hakim file this motion to vacate stay order and immediately grant the writ of habeas corpus. Counsel have just learned that **Petitioners were exonerated by the government's own "CSRT" Procedure and yet continue to be held in a high-security jail at the government's prison in Guantanamo Bay, Cuba.** As grounds for this motion, Petitioners say:

1. Petitioners continue to be held in at the detention facility at the United States Naval Base at Guantanamo Bay, Cuba.

2. A Combatant Status Review Tribunal ("CSRT") conducted by the government for each Petitioner concluded that the Petitioner was not an enemy combatant. *See generally*, Declaration of Sabin Willett, submitted herewith.

3. On information and belief, the CSRT finding was made more than two months ago, and yet the Petitioners continue to be held in a high-security prison. *Id.*

4. Pursuant to Local Civil Rule 7(f), Petitioners request a hearing on this motion.

5. As more fully set forth in the Willett Declaration and the memorandum of law, Petitioners request that:

    A. The Court immediately vacate its order staying these proceedings;

1

B. The Court immediately issue writs of habeas corpus directing the government to release Petitioners from prison;

C. The Court reaffirm, pending further hearing and order, that portion of its April 13, 2005 order prohibiting the government from transferring or rending Petitioners to another country, as transfer or rendition to certain countries would likely subject Petitioners to torture or death;

D. The Court convene a hearing as soon as possible to address any practical issues arising from the release of Petitioners; and

E. The Court grant Petitioners such other and further relief as may be just and proper.

Dated: July 20, 2005

Respectfully Submitted,

Abu Bakker Qassim and A'del Abdu Al-Hakim,

By their attorneys,

_____
Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile: (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036
Telephone:  (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  (212) 614-6439