# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM, <br><br> Detainees, <br> Guantánamo Bay Naval Station, <br> Guantánamo Bay, Cuba; <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents/Defendants. | Case No. 05-0497 (JR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Motion for Leave to Submit Surreply Brief and August 10 Declaration of Sabin Willett

- Surreply of Petitioners

- Motion to Strike Portion of Hood Declaration

Dated: August 10, 2005

/s/
Sabin Willett
Neil McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone:    (617) 951-8000
Facsimile:    (617) 951-8925

/s/
Susan Baker Manning
**BINGHAM McCUTCHEN LLP**
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

/s/
Barbara Olshansky
Deputy Director
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439