# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

ABU BAKKER QASSIM and A'DEL ABDUL HAKIM,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05 cv 0497 (JR)

## MOTION FOR LEAVE TO SUBMIT SUR-REPLY BRIEF
## AND AUGUST 10 DECLARATION OF SABIN WILLETT

Petitioners move for leave to file a Sur-reply Brief, and the August 10 Declaration of Sabin Willett. As grounds, they say:

    1.    These papers address issues raised by the Government in its August 8, 2005 filings.

    2.    The information will assist the Court in resolving the motion.

    3.    As the matter is for the Court's sound discretion, no memorandum of law is necessary.

WHEREFORE, Petitioners request leave to file (i) Sur-reply Memorandum of Petitioners, and (ii) August 10 Declaration of Sabin Willett.

LITDOCS/611319.1

Dated: August 10, 2005

Respectfully submitted,

COUNSEL FOR PETITIONERS:

_____
Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8925

Susan Baker Manning
**BINGHAM MCCUTCHEN LLP**
1120 20th Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439