# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,<br><br>    Detainees,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba;<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents/Defendants. | Case No. 05-0497 (JR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- September 27, 2005 Declaration of Susan Baker Manning

Dated: September 27, 2005

                                               /s/
                                       Sabin Willett
                                       Neil McGaraghan
                                       Jason S. Pinney
                                       Daniel Hunter Kiel
                                       BINGHAM McCUTCHEN LLP
                                       150 Federal Street
                                       Boston, MA  02110-1726
                                       Telephone:     (617) 951-8000
                                       Facsimile:       (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC  20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone: (212) 614-6439