IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ABU BAKKER QASSIM, <u>et</u> <u>al</u>.,          )
                                        )
            Petitioners/Plaintiffs,     )    Civil Action No.
                                        )    05-0497 (JR)
        v.                              )
                                        )
GEORGE W. BUSH, <u>et</u> <u>al</u>.,               )
                                        )
            Respondents/Defendants.     )
_____)

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Respondents hereby move for a one-week extension of time, until Friday, December 2, 2005, to file their opposition to Petitioners' Motion To Grant Them Access to Representatives of the United Nations Commission on Human Rights. Petitioners Abu Bakker Qassim and A'Del Abdul Hakim do not oppose respondents' request.

Petitioners Qassim and Hakim filed their motion on November 10, 2005, which was marked as received by the Court Security Officer on November 14. Pursuant to the Court's Order dated May 15, 2005 (applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, in <u>In re Guantanamo Detainee Cases</u>, 344 F. Supp. 2d 174 (D.D.C. 2004), and related orders, to this case), respondents' opposition to petitioners' motion is due to be filed on Friday, November 25, 2005. Due to the intervening Thanksgiving holiday on November 24, and the press of business on respondents' undersigned counsel in other

litigation (in particular, the briefing of discovery disputes in <u>California ex rel. Lockyer v. United States</u>, No. 05-0328 (N.D. Cal.)), respondents seek a one-week extension of time, until Friday, December 2, 2005, to file their opposition to petitioners' motion.

Pursuant to Local Rule 7(m), undersigned counsel spoke by telephone with counsel for petitioners, who indicated that petitioners do not oppose the extension of time sought herein.

For the foregoing reasons, respondents' unopposed request for a one-week extension of time, until December 2, 2005, to file their opposition to petitioners' motion for access to representatives of the United Nations Commission on Human Rights, should be granted.

Dated: November 22, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ *James J. Gilligan*
JOSEPH H. HUNT
VINCENT M. GARVEY
TERRY M. HENRY
JAMES J. SCHWARTZPREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
JAMES J. GILLIGAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 200044
Tel: (202) 514-3358
Fax: (202) 616-8470

Attorneys for Respondents