# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,<br><br>    Detainees,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba;<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents/Defendants. | Case No. 05-0497 (JR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order, and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- Petitioners' Third Supplemental Memorandum in Support of Emergency Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners.

Dated: November 23, 2005

                                            /s/
                                    Sabin Willett
                                    Neil McGaraghan
                                    Jason S. Pinney
                                    Daniel Hunter Kiel
                                    BINGHAM McCUTCHEN LLP
                                    150 Federal Street
                                    Boston, MA  02110-1726
                                    Telephone:    (617) 951-8000
                                    Facsimile:     (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC  20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone: (212) 614-6439

DCDOCS/640799.1