# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,<br><br>Detainees,<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba;<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents/Defendants. | Case No. 05-0497 (JR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order, and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- December 9, 2005, Declaration of Neil McGaraghan.

Dated: December 9, 2005

/s/
Sabin Willett
Neil McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:      (617) 951-8000
Facsimile:       (617) 951-8925

DCDOCS/642273.1

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439