UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU BAKKER QASSIM and A'DEL ABDU AL-HAKIM,<br><br>Detainees,<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba;<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents/Defendants. | Case No. 05-0497 (JR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order, and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted to the Court's designated Court Security Officer Petitioners' Post-Hearing Memorandum.

**Petitioners urge that the Court immediately pursue "Option Three" and order outright immediate release, as there is significant risk that the case may be thrown into confusion within days by a legislative proposal that would purport to link** *habeas* **jurisdiction to physical presence outside Guantanamo Bay. Accordingly, the brief requests an** *immediate* **grant of "Option Three," or, alternatively, immediate production of the bodies in Court.**

DCDOCS/642702.1

Dated: December 15, 2005

                         /s/
                _____
Sabin Willett
Neil McGaraghan
Farschad Farzan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439