**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ABU BAKKER QUASSIM, *et al*.,       :
                                    :
         Petitioners,               :
                                    :
    v.                              : Civil Action No. 05-0497 (JR)
                                    :
GEORGE W. BUSH, *et al*.,           :
                                    :
         Respondents.               :

## ORDER

For the reasons stated in the accompanying memorandum, Petitioners' motion to vacate the stay order [24] is **granted** in part and denied in part, and petitioners' petition for a writ of habeas corpus [1] is **denied.** This is a final, appealable order.


                                         JAMES ROBERTSON
                                    United States District Judge