# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ABU BAKKER QASSIM and A'DEL ABDU AL-
HAKIM,

      Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.,*

      Respondents/Defendants.

Civil Action No. 05-0497 (JR)

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioners Abu Bakker Qassim and Adel Abd' Al-Hakim

hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from so

much of the Court's Order dated December 22, 2005 [dkt. no. 58], as denies Petitioners' petition

for a writ of *habeas corpus.*

Dated: December 23, 2005

/Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8925

Susan Baker Manning
Farschad Farzan
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036
Telephone:  (202) 778-6150
Facsimile:   (202) 778-6155

**RECEIVED**

DEC 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**

DEC 2 3 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

LITDOCS/625831.1

Dockets.Justia.com

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439

```
GG
THANK YOU
    CHECK TENDERED $              $255.00
          255.00
===== T O T A L =======
         255.00
086900    FILING FEE  CIVIL
CASE # 05-497
=====NO REFUND WITHOUT RECEIPT=====
DC  1-1 TAM            Receipt # 140942
12/23/05                    4:01:14 PM
          WASHINGTON D.C.
   U.S. DISTRICT COURT
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of December, 2005, I caused the forgoing Notice of

Appeal to be served on counsel for the Respondents by electronic mail and first class mail.

*Susan Baker Manning Post*