IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU BAKKER QASSIM, *et al.*, ) ) )  Petitioners, ) ) v. ) ) GEORGE W. BUSH, *et al.*, ) ) Respondents. ) ) ) | Civil Action No. 05-CV-0497 (JR) |

### RESPONDENTS' OBJECTION TO ORDER SETTING CONFERENCE REGARDING PETITIONER'S MOTION FOR AN ORDER <u>AMENDING COUNSEL ACCESS PROCEDURES</u>

Respondents hereby object to the Court's January 27, 2006 Minute Order setting a mediation conference pertaining to petitioners' motion to amend the counsel access procedures in this case (dkt. no. 42).  The petition for writ of *habeas corpus* in this case was denied by the Court by final order on December 22, 2005 (dkt. no. 58), and petitioners have appealed to the D.C. Circuit, *see* dkt. no. 59.  The district court, therefore, lacks jurisdiction to grant relief to petitioners based on petitioners' motion.  *See Princz v. Federal Republic of Germany*, 998 F.2d 1, 1 (D.C. Cir. 1993); *see also United States ex rel. Mitcham v. Washington*, No. 93 C 7360, 1994 WL 603851 at *1 (N.D. Ill. Nov. 2, 1994) (final judgment in *habeas* case rendered pending motions moot).

The Court also lacks jurisdiction to proceed in light of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, which, among other things, amends 28 U.S.C. § 2241 to remove court jurisdiction to hear or consider applications for writs of *habeas corpus*

and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, Cuba.

Accordingly, respondents object to the Court's Minute order setting a mediation conference pertaining to petitioners' motion.

Dated: January 30, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　　/s/ Terry M. Henry　　　　　　
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7212
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents