**BINGHAM McCUTCHEN**

*Neil McGaraghan*
*Direct Dial: 617.951.8121*
*E-Mail: neil.mcgaraghan@bingham.com*

3/27/06
Leave to file granted
/s/ J. Robertson USDJ

March 21, 2006

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Hon. James Robertson
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Qassim v. Bush, et al., 1:05-cv-00497*

Dear Judge Robertson:

Please excuse us for taking the unusual step of sending you the enclosed letter from our clients. We appreciate that such communication by litigants represented by counsel ordinarily is not appropriate, and that counsel letters to the court are also disfavored under the local rules. Under the unusual circumstances of our representation and in light of our clients' specific request that we transmit the letter to you, however, we are concerned that failing to honor their wishes could strain an already challenging attorney-client relationship. We have explained to our clients that this letter does not have legal significance for their case and that the Court is not able to grant the relief they request.

Again, we hope you will forgive us for departing from usual and customary practice. We have copied the government's counsel.

Very truly yours,

Neil McGaraghan

/caw

LITDOCS/634637.1

January 19, 2006

Dear Honorable Judge,

It has been more than four years since we have been detained at this military prison in Guantanamo Bay, Cuba. Lack of progress with our case gives us no choice but directly appeal to you by writing this letter.

The Pakistanis handed us over to the US military on December 12, 2001. After assessing our situation, US authorities concluded that we do not pose security threat to the United States and our presence in Afghanistan was because of our historic enemy, Communist China. US military notified us that we will not be repatriated to China and the US government will consider granting us asylum status. In 2004, we were also advised that the US government is working to find a third country settlement for the Turkistanis.

On May 9, 2005, US military tribunal determined that we are innocent. The authorities reaffirmed once again that we will not be repatriated to China. They also informed us that the US Department of State is seeking a permanent home for us in a third country. It has been eight month since that determination is made but we have not seen any progress yet. We recently have heard from an officer that our imprisonment in here will be continued until the issue of a third country resettlement is resolved. We are feeling extremely down and frustrated because of the fact that we still live behind the fences. In short, we are so tired of hearing the same excuses over and over again.

It is very hard to understand that we are still languishing in a prison with very little rights even after being found innocent. It is beyond our reasoning and understanding that a nation like the United States that has an agenda to promote and protect democratic rights of the oppressed people would treat anyone the way that we have been treated. We are also mystified by the fact that a powerful and influential country like the United States would have a hard time to find a permanent home for us. Why cannot the United States open its doors to us if the others cannot? Isn't the US government declared to the world that we are innocent?

The question is whether the US government is intending to imprison us in here indefinitely if it fails to find a country that takes us. If so, is that what we call justice? We initially hoped that some European country would accept us as refugees but now that hope started to fade away for the obvious reasons. We now came to the conclusion that the United States is a best-suited country to resolve this problem in the interest of justice and fairness. Therefore, we seek asylum in the United States and we respectfully ask Your Honor to consider our request.

Very truly your,

Abubakir Qassim ISN #283
Adil Abdulhakim INS #293