# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5213**          **September Term, 2005**

05cv00497

**Filed On:**

In re: Abu Bakker Qassim Detainee, Guantanamo
Bay Naval Station and Adel Abdu Al-Hakim,
Detainee, Guantanamo Bay Naval Station,
                Petitioners



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR - 2 2006

CLERK

Consolidated with 05-5240, 05-5249

**BEFORE:** Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

### ORDER

Upon consideration of the court's order filed December 29, 2005, and the responses thereto, it is

**ORDERED** that Nos. 05-5213, 05-5240, and 05-5249 be dismissed as moot. This mandamus petition and interlocutory cross-appeals seek review of an order of the United States District Court for the District of Columbia, entered April 13, 2005, staying proceedings in Civil Action No. 05-0497 until further order of the court. On December 22, 2005, the district court denied the petition for a writ of habeas corpus and entered final judgment. In light of this ruling, which is on appeal in No. 05-5477, <u>Qassim v. Bush</u>, the parties agree that their challenges to the interim order are now moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:                    Deputy Clerk
ATTACHED: __ Amending Order
          __ Opinion
          __ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk