```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| El-Mashad v. Bush | : | Civil Action No. 05-0270 (JR) |
| Aziz v. Bush | : | Civil Action No. 05-0492 (JR) |
| Qassim v. Bush | : | Civil Action No. 05-0497 (JR) |
| Salahi v. Bush | : | Civil Action No. 05-0569 (JR) |
| Khiali-Gul v. Bush | : | Civil Action No. 05-0877 (JR) |
| Zuhoor v. Bush | : | Civil Action No. 05-1011 (JR) |
| Khalifh v. Bush | : | Civil Action No. 05-1189 (JR) |
| Khan v. Bush | : | Civil Action No. 05-1491 (JR) |
| Idris v. Bush | : | Civil Action No. 05-1555 (JR) |
| Al-Mudafari v. Bush | : | Civil Action No. 05-2185 (JR) |
| Awad v. Bush | : | Civil Action No. 05-2379 (JR) |

## ORDER

Local Civil Rule 40-6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consent judge."  L. Civ. R. 40.6(a). Furthermore, on July 1, 2008, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which the judges agreed to, among other things, transfer cases filed by the detainees held at Guantanamo Bay to Senior Judge Thomas F. Hogan for coordination and management, while retaining the cases for all other purposes.

In the interest of facilitating Judge Hogan's case-coordination process, each of these cases is hereby transferred to Judge Hogan for coordination and management as reflected in the July 1, 2008, Resolution of the Executive Session.

JAMES ROBERTSON  
United States District Judge