IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-0497 JR |
|---|---|

**STATUS REPORT**

Petitioners submit this Status Report pursuant to Judge Hogan's July 11, 2008 Order.

Petitioners in *Qassim v. Bush*, Civil Action No. 05-0247 (JR), were Abu Bakker Qassim and Adel Abdul Hakkim. Mr. Qassim and Mr. Hakkim are ethnic Uighurs from far-western China. *Qassim v. Bush*, 407 F. Supp. 2d 198-99 (D.D.C. 2005). They, along with other Uighur men currently imprisoned at Guantanamo Bay, were taken prisoner in Pakistan in approximately December 2001, and turned over to U.S. forces. *Id.* at 199. Mr. Qassim and Mr. Hakkim were each determined not to be enemy combatants by their respective Combatant Status Review Tribunals, and the decision of each CSRT was finalized in March 2005. *Id.* Notwithstanding these determinations, Respondents continued to imprison Petitioners at Guantanamo Bay. On December 22, 2005, Judge Robertson determined that the executive's continued imprisonment of Mr. Qassim and Mr. Hakkim was "unlawful," but declined to order their immediate release. *Id.* at 201. Petitioners appealed.

On May 5, 2006—one day before the D.C. Circuit was to hear their appeal, a full 14 months after they had been finally cleared of being enemy combatants, and four years after the executive imprisoned them—the government sent Mr. Qassim and Mr. Hakkim to a refugee camp in Albania. *Qassim v. Bush*, 466 F.3d 1073, 1074 (D.C. Cir. 2006). The D.C. Circuit thereafter determined that their *habeas corpus* case is moot. *Id.* at 1078.

Mr. Qassim continues to reside in Albania where he is, with great difficultly, attempting to create new life for himself in a country where he has no family, no friends, and no connections. Mr. Hakkim is currently residing in Sweden with a sister and her family; his

application for asylum in Sweden was recently denied and is on appeal.

In light of the D.C. Circuit's holding, Petitioners consider *Qassim v. Bush* to be moot for all purposes. Petitioners respectfully suggest that the Court should deem the case closed, and that, as part of the Court's docket clean-up process, it be removed from the list of pending cases coordinated before Judge Hogan as In re Guantanamo Bay Detainee Litigation, Misc. No. 08-442 (TFH).

DATED: July 18, 2008

Respectfully submitted,

Susan Baker Manning
susan.manning@bingham.com
Catherine R. Murphy
catherine.murphy@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

Sabin Willett
sabin.willett@bingham.com
Neil McGaraghan
neil.mcgaraghan@bingham.com
Rheba Rutkowski
rheba.rutkowski@bingham.com
Jason S. Pinney
jason.pinney@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736

A/72594390.1/0999997-0000928762